IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cr47 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD PELLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Numbers 57 and 58 be stricken from the record for the following reason(s):

- Duplicate document of numbers 55 and 56.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 57 and 58 from the record.

DATED this 18th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge